DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SABAL CHASE HARMONY HOUSING LLC** d/b/a **SABAL CHASE APTS.,**
Appellant,

v.

**TOKIO MARINE SPECIALTY INSURANCE COMPANY,**
Appellee.

No. 4D18-2107

[January 31, 2019]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 56-2018-CA-000355AXXHC.

Stephen A. Marino, Jr. and Arya Attari Li of Ver Ploeg & Lumpkin, P.A., Miami, for appellant.

Elizabeth K. Russo and Paulo R. Lima of the Russo Appellate Firm, P.A., Miami; and Simon, Reed & Salazar, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***